

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 20−30877
Chapter 13

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Eustace Thomas Little
9022 Morgan Mill Road
Monroe, NC 28110
Social Security No.: xxx−xx−2762

# NOTICE AND ORDER OF VOLUNTARY DISMISSAL

**TAKE NOTICE** that the above−referenced debtor filed a notice or motion seeking to be dismissed from this case, and it appears that this case has not been converted previously under 11 U.S.C. § 706, § 1112, or § 1208.

**NOTICE IS FURTHER GIVEN AND IT IS ORDERED** that the above−referenced debtor is hereby **DISMISSED**.

Dated: October 29, 2020

BY THE COURT

Laura T. Beyer
United States Bankruptcy Judge

Electronically filed and signed (10/29/20)